UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADARIUS D. MURPHY,<br>　　　Petitioner,<br>　　v.<br>SACRAMENTO COUNTY COURT,<br>　　　Respondent. | Case No. 24-cv-04281 EJD (PR)<br><br>**ORDER OF TRANSFER** |

　　Petitioner, a state prison proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction out of Sacramento County. Dkt. No. 1 at 1.

　　Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing. See Habeas L.R. 2254-3(b)(1); Dannenberg v. Ingle, 31 F.Supp. 767, 768 (N.D. Cal. 1993); Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968).

　　Petitioner is currently confined at Pelican Bay State Prison in Del Norte County, but his conviction was out of Sacramento County. Dkt. 1 at 2. Sacramento County lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Therefore, the

preferred venue is that district as the district of conviction, and not this one. See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: July 18, 2024

EDWARD J. DAVILA
United States District Judge