UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LaDARIUS D. MURPHY,

Petitioner,

v.

STEVEN SMITH,

Respondent.

No. 2:24-cv-01978-TLN-EFB (HC)

ORDER and
FINDING and RECOMMENDATIONS

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee. The court dismissed the original petition on February 20, 2025 because "allegations do not make clear how petitioner is in custody in violation of the federal Constitution or laws." ECF No. 11. Petitioner has filed both an amended petition and a motion asking the court to screen the amended petition. ECF Nos. 12, 13.

Rule 2 of the Rules Governing Section 2254 Cases provides that the petition "shall specify all the grounds for relief which are available to the petitioner and of which he has or by the exercise of reasonable diligence should have knowledge and shall set forth in summary form the facts supporting each of the grounds thus specified." Rule 2(c), Rules Governing Section 2254 Cases. Petitioner must also clearly state the relief sought in the petition. *Id.* Additionally, the

Advisory Committee Notes to Rule 4 explains that "notice pleading is not sufficient, for the petition is expected to state facts that point to a real possibility of constitutional error." Advisory Committee Notes to Rule 4; *see Blackledge v. Allison*, 431 U.S. 63, 75, n.7 (1977).

The amended petition includes no asserted grounds for relief. Instead, petitioner has written "N/A" in every section of the form petition meant for such grounds. ECF No. 12. Once again, the petitioner's allegations do not make clear how he is in custody in violation of the federal Constitution or laws.

Therefore, the petition must be dismissed. Rule 4, Rules Governing Section 2254 Cases. Because petitioner has been provided an opportunity to amend the petition to state a viable claim and has failed to do so, the undersigned recommends that the dismissal be without further leave to amend.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for screening (ECF No. 13) is GRANTED. It is further RECOMMENDED that the petition be dismissed without further leave to amend.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 31, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE