UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADARIUS D. MURPHY,<br>Petitioner,<br>v.<br>STEVEN SMITH,<br>Respondent. | No. 2:24-cv-01978-TLN-EFB<br><br>**ORDER** |

Petitioner proceeds without counsel in this petition for writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2026, the magistrate judge filed findings and recommendations which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Petitioner has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2026 (ECF No. 14) are ADOPTED in full.

2. The First Amended Petition (ECF No. 12) is dismissed without prejudice and without leave to amend.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: November 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE